USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

Plaintiff,

-v-

BFM REALTY OF NY LLC ET AL,

Defendants.

**ORDER**

26-CV-6092 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 19, 2026, this case was referred to the undersigned for settlement. ECF No. 29.

A conference is scheduled on **October 29, 2026,** at **11:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 813 878 259#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge