USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

Plaintiff,

-v-

BFM REALTY OF NY LLC ET AL,

Defendants.

**ORDER**

26-CV-6092 (JLR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting to adjourn the conference scheduled for November 17, 2026. ECF No. 32. The letter motion is **GRANTED IN PART** and **DENIED IN PART**.

The conference scheduled for November 17, 2026, at 2:00 p.m. by telephone is adjourned to **December 3, 2026** at **4:00 p.m.** The dial-in information remains the same. *See* ECF No. 31.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 32 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: November 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge